UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

RONALD L. GREEN,

    Plaintiff,

v.

HERMAN F. MOELLER,
TEAM MANAGER FOR
THE INTERNAL REVENUE SERVICE;
PAMELA C. SELLERS,
ADMINISTRATIVE JUDGE FOR THE
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION; AND
THE INDIVIDUAL MEMBERS OF THE
EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

    Defendants.

Civil Action No. 2:13-cv-00739-APG-NJK

**O R D E R**

PLAINTIFF'S MOTION TO MODIFY THE CAPTION BY REPLACING THE DEFENDANTS IDENTIFIED AS "THE INDIVIDUAL MEMBERS OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION" WITH THE SPECIFIC NAMES OF THOSE DEFENDANTS

**IT IS ORDERED:** Plaintiff Ronald L. Green is granted leave to modify the caption of this case by replacing the defendants identified as "THE INDIVIDUAL MEMBERS OF THE EQUAL EMPLOYMENT OPPORTUNITY COMMISSION" with the specific names of those Defendants to facilitate service of process.

May 31, 2013
Date

Andrew P. Gordon
UNITED STATES DISTRICT JUDGE

1