**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD L. GREEN,                      )<br>                                              )<br>            Plaintiff(s),              )<br>                                              )<br>vs.                                        )<br>                                              )<br>HERMAN MOELLER, et al.,      )<br>                                              )<br>            Defendant(s).            )<br>_____) | Case No. 2:13-cv-00739-JAD-NJK<br><br>RECUSAL ORDER |

With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself in this action. IT IS ORDERED that this action is referred to the Clerk for random reassignment of this case for all further proceedings.

DATED: October 16, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge