1
2
3
4
5
6
7
8
9

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

10

11

12

13

14

15

| | | |
|---|---|---|
| RONALD L. GREEN, | ) | |
| | ) | |
| Plaintiff(s), | ) | Case No. 2:13-cv-00739-JAD-NJK |
| | ) | |
| vs. | ) | RECUSAL ORDER |
| | ) | |
| HERMAN MOELLER, et al., | ) | |
| | ) | |
| Defendant(s). | ) | |
| | ) | |

16      With good cause appearing, the Honorable Magistrate Judge Nancy J. Koppe recuses herself

17   in this action.  IT IS ORDERED that this action is referred to the Clerk for random reassignment of

18   this case for all further proceedings.

19

20      DATED: October 16, 2013

21

22   _____

23   NANCY J. KOPPE
     United States Magistrate Judge

24

25

26

27

28